[Nos. 34133-6-II; 35443-8-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYSON THOMAS SMITH, *Appellant*.

*In the Matter of the Personal Restraint of* JAYSON THOMAS SMITH, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-02697-3, Thomas Felnagle, J., entered December 2, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 34141-7-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELL SHEGOG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00152-8, Frederick W. Fleming, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 34312-6-II; 35261-3-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR LEON JOHNSON, *Appellant*.

*In the Matter of the Personal Restraint of* ARTHUR L. JOHNSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01178-5, Anna M. Laurie, J., entered December 16, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.